IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                                                                    CRIMINAL NO. 1:98-CR-45-DCB

VICTOR SHANE FRICKE                                                                    DEFENDANT

ORDER ALLOWING REMISSION OF FINE

This cause came on for consideration on United States' Motion for Remission of Fine of [#100] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on July 12, 1999, is hereby remitted.

SO ORDERED this the  22nd  day of   February  , 2016.

                                                s/David Bramlette
                                               HONORABLE DAVID C. BRAMLETTE
                                               UNITED STATES DISTRICT JUDGE